RICHARD S. HARTUNIAN
United States Attorney

Joshua Lenard Kershner
Special Assistant United States Attorney
Attorney for Defendant
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2592
joshua.kershner@ssa.gov
Attorney Bar Roll No. 518636

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN B. KILCULLEN,

       Plaintiff,

  v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Hon. Christian F. Hummel
Civil Action
No. 6:14-CV-00707-GTS-CFH

**CONSENT ORDER TO REMAND PURSUANT
TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

      This matter having been opened to the Court by RICHARD S. HARTUNIAN United States Attorney for the Northern District of New York, and Joshua Lenard Kershner, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this __12th__ day of __February__, 2015;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED,** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA).

*/s/ Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

          RICHARD S. HARTUNIAN
          United States Attorney

By: */s/Joshua Lenard Kershner*
   Joshua Lenard Kershner
   Special Assistant United States Attorney
   Attorneys for Defendant

By: */s/Maggie W. McOmber*
   Maggie W. McOmber, Esq.
   Law Offices of Steven R. Dolson
   Attorney for Plaintiff